NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CAROLINE ISLER,<br><br>                              Plaintiff,<br><br>v.<br><br>SOOKDEO PERSAUD, ABC CORP. 1-3,<br>and JOHN DOE 1-5<br><br>                              Defendants. | Civil Action No.: 13-6534 (JLL)<br><br><br>**O R D E R** |

This matter comes before the Court by way of Plaintiff's motion for default judgment pursuant to Federal Rule of Civil Procedure 55(b)(2), and it appearing that:

1.  Plaintiff's Complaint was filed with this Court on October 29, 2013.

2.  A copy of the summons and complaint was served upon Defendant Soodeo Persaud. See Docket Entry No. 3.

3.  On April 9, 2014, default as to Defendant Sookdeo Persaud was entered by the Clerk's Office.

4.  Plaintiff filed a motion for default judgment on June 18, 2014 wherein she requests a proof hearing in connection with damages sought herein.

5.  Plaintiff's counsel has certified that a copy of the motion for default judgment was served upon Defendant.  To date, no opposition has been filed.

Accordingly, **IT IS** on this 22 **day of July, 2014,**

   **ORDERED** that Plaintiff's motion for default judgment [Docket Entry No. 18] is **granted** solely as to liability; and it is further

   **ORDERED** that, as to the issue of damages, this Court will hold a **hearing on Monday, October 6, 2014 at 1:30 p.m.** in Courtroom 5D of the United States District Court, District of

New Jersey; and it is further

**ORDERED** that, no later than fourteen (14) days prior to such hearing, Plaintiff is directed to file with the Court a sworn submission providing detailed factual support for any specific request for damages, including relevant legal support, if necessary.

**SO ORDERED.**

JOSE L. LINARES
UNITED STATES DISTRICT JUDGE